**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

**KEITH TERRELL BUTLER,**

                **Plaintiff,**              **No. 08-cv-264
                                                                   (GLS-DRH)**

                **v.**

**NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICES; J. HOGUE,
Correction Officer, Upstate Correctional
Facility; and J. HYDE, Correction Officer,
Upstate Correctional Facility,**

                **Defendants.**

_____

**APPEARANCES:**        **OF COUNSEL:**

KEITH TERRELL BUTLER
*Pro Se*
05-A-1392
Attica Correctional Facility
Post Office Box 149
Attica, New York 14011

HON. ANDREW M. CUOMO    ADELE M. TAYLOR-SCOTT, ESQ.
Attorney General for the
State of New York
The Capitol
Albany, New York 12224-0341

**Gary L. Sharpe
U.S. District Judge**

## **DECISION AND ORDER**

The above-captioned matter comes to this court following a Report and Recommendation ("R&R") by Magistrate Judge David R. Homer, filed October 22, 2008. (Dkt. No. 19.)[1] In his R&R, Judge Homer recommends that pro se defendant Keith Terrell Butler's ("Butler") Complaint, (Dkt. No. 1), be dismissed. Pending is Butler's objection to the R&R. (Dkt. No. 20).

As this court has previously observed, before entering final judgment, the court reviews an R&R in cases it has referred to a Magistrate Judge. *See Anderson v. Banks*, No. 06-cv-0625, 2008 WL 3285917, at *1 (N.D.N.Y. Aug. 7, 2008). When a party objects to specific elements of the Magistrate Judge's findings and recommendations, the court conducts a de novo review of those findings and recommendations. *See Id.*

Having reviewed this matter de novo, and determining that Butler may not bring an action against the Department of Correctional Services ("DOCS") or DOCS' officers in their official capacity, *see Farid v. Smith,* 850 F.2d 917, 920-21 (2d Cir. 1988), the court finds no error in Judge Homer's determination that Eleventh Amendment immunity bars Butler's

---

[1]The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed.

2

complaint, thus, the court approves and adopts the R&R in its entirety.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Butler's objections are overruled, Magistrate Judge Homer's October 22, 2008 R&R is adopted in its entirety and Butler's complaint is DISMISSED without prejudice for lack of subject matter-jurisdiction; and it is further

**ORDERED** that the Clerk enter judgment and provide copies of this Decision and Order to the parties.

**IT IS SO ORDERED.**

Albany, New York
November 25, 2008

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge

3