UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
FEB 19 2009
LAWRENCE K. BAERMAN, CLERK
ALBANY

KEITH TERRELL BUTLER

Plaintiff,

V

UPSTATE Correctional Facility

Defendants.

No. 08-CV-264
(GLS/DRH)

LETTER

Dear Lawrence K. Baerman, Clerk     2/16/2009

I am the above plaintiff in this matter and due to the fact that my suit was dismissed on Nov 25, 2008 for lack of subject matter which I believe is a harmless error, I have wrote your office to correct this error and I never recieved an answer back. This was filed in the Northern District Court addressed to the court clerk. Further more I do believe that my suit has merit as to the infested insects inside of the religious meal and I am doing the best that I can to pursue my case without a lawyer and it was in error on the subject matter. I am further requesting permission to refile my suit with the correct subject defendant. If so please notify me of that fact because none of my law suits are frivolous.

Respectively
Keith Terrell Butler
05A1392
Attica Correctional Facility
Box 149
Attica, New York 14011-0149

---

This action was dismissed on November 25, 2008. (Dkt. Nos. 21-22). On February 11, 2009, the court denied the motion for reconsideration. (Dkt. No. 24). If plaintiff seeks to file an appeal, the appeal should be filed on or before March 13, 2009.

SO ORDERED:

Gary L. Sharpe
U.S. District Judge
Date: 2/25/09